D. Greg Durbin, # 81749  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant
HELADOS LA MEXICANA, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TROPICALE FOODS, INC. dba HELADOS MEXICO, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HELADOS LA MEXICANA, INC., a California corporation,<br><br>Defendant | Case No.  1:06-CV 00343 OWW LJO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND ORDER THEREON** |

STIPULATION

WHEREAS, Defendant HELADOS LA MEXICANA, INC. ("Defendant") made its agent for service of process, David Valdivia, available for personal service of the Summons and Complaint on June 1, 2006, in lieu of having service made by notice and acknowledgment of receipt, with the understanding and agreement that Defendant would be allowed sixty (60) days from and after the date to plead, move or otherwise respond to the Complaint;

WHEREAS, had Plaintiff TROPICALE FOODS, INC. dba HELADOS MEXICO ("Plaintiff") made service by notice and acknowledgment of receipt, Defendant would

have had sixty (60) days to respond pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure;

WHEREAS, Plaintiff and Defendant intend to use the additional time, in part, to discuss a possible resolution of the matter without further court proceedings;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel of record herein, that Defendant shall have sixty (60) days from and after June 1, 2006, up to and including July 31, 2006, to plead, move or otherwise respond to the Complaint herein.

Dated: June 20, 2006, 2006                McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:    /s/ D. Greg Durbin
D. Greg Durbin
Attorneys for Defendant
HELADOS LA MEXICANA, INC., a California corporation


Dated: June 19, 2006                KLEIN & WILSON


By:    /s/ Mark B. Wilson
Mark B. Wilson
Attorneys for Plaintiff TROPICALE FOODS, INC. dba HELADOS MEXICO, a California corporation,


ORDER

IT IS SO ORDERED.

**Dated:   June 20, 2006**             /s/ Lawrence J. O'Neill
66h44d                    UNITED STATES MAGISTRATE JUDGE