MARK B. WILSON, P.C. – Bar No. 137400
GERALD A. KLEIN, P.C. – Bar No. 107727
KLEIN & WILSON
A Partnership of Professional Corporations
326 Old Newport Boulevard
Newport Beach, California  92663
(949) 631-3300; Facsimile: (949) 631-3703

Attorneys for Plaintiff TROPICALE FOODS, INC.
 d.b.a. HELADOS MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TROPICALE FOODS, INC. d.b.a. HELADOS MEXICO, a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>HELADOS LA MEXICANA, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | **Case No.  1:06-CV-00343-OWW-LJO**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO COUNTER CLAIM** |

Plaintiff Tropicale Foods, Inc. d.b.a. Helados Mexico ("Plaintiff") and defendant Helados La Mexicana, Inc. ("Defendant"), through their undersigned

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1  counsel, stipulate and agree that Plaintiff's time to respond to Defendant's counter
2  claim in this action shall be extended until August 25, 2006.

                                      MARK B. WILSON
                                      KLEIN & WILSON

Dated: August ____, 2006        /s/ Mark B. Wilson
                                      Mark B. Wilson
                                      Attorneys for Plaintiff Tropicale Foods,
                                      Inc. d.b.a. Helados Mexico

                                      D. GREG DURBIN
                                      MCCORMICK BARSTOW LLP

Dated: August ____, 2006        /s/ D. Greg Durbin
                                      D. Greg Durbin
                                      Attorneys for Defendant Helados La
                                      Mexicana, Inc.

    IT IS SO ORDERED.

TROPICALE.HELADOS\
PLD\013* (8/17/06)

**PROOF OF SERVICE BY MAIL**
**(Declaration)**
**(C.C.P. 1013a and 2015.5)**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.

I am over the age of 18 and not a party to the within action. My business address is 326 Old Newport Boulevard, Newport Beach, California 92663.

On **August ____, 2006,** I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO COUNTER CLAIM** on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> D. Greg Durbin, Esq.
> McCormick Barstow LLP
> Five River Park Place East
> Fresno, CA 93720-1501

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **August ____, 2006,** at Newport Beach, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Andrea J. Foley

IT IS SO ORDERED.

**Dated:   August 17, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE

TROPICALE.HELADOS\
PLD\013*  (8/17/06)

3