MARK B. WILSON, P.C. – Bar No. 137400
GERALD A. KLEIN, P.C. – Bar No. 107727
KLEIN & WILSON
A Partnership of Professional Corporations
326 Old Newport Boulevard
Newport Beach, California  92663
(949) 631-3300; Facsimile: (949) 631-3703

Attorneys for Plaintiff TROPICALE FOODS, INC.
 d.b.a. HELADOS MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TROPICALE FOODS, INC. d.b.a. HELADOS MEXICO, a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>HELADOS LA MEXICANA, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>             Defendants. | **Case No.  1:06-CV-00343-OWW-LJO**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO COUNTER CLAIM** |

Plaintiff Tropicale Foods, Inc. d.b.a. Helados Mexico ("Plaintiff") and defendant Helados La Mexicana, Inc. ("Defendant"), through their undersigned counsel, are discussing options to resolve the entire case.  In order to save expense

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

and focus on resolving the matter, the parties stipulate and agree that Plaintiff's time to respond to Defendant's counter claim in this action shall be extended until September 25, 2006.

|  |  |
|---|---|
|  | MARK B. WILSON<br>KLEIN & WILSON |
| Dated:  August 21, 2006 | /s/ Mark B. Wilson<br>Mark B. Wilson<br>Attorneys for Plaintiff Tropicale Foods, Inc. d.b.a. Helados Mexico |
|  | D. GREG DURBIN<br>MCCORMICK BARSTOW LLP |
| Dated:  August 21, 2006 | /s/ D. Greg Durbin<br>D. Greg Durbin<br>Attorneys for Defendant Helados La Mexicana, Inc. |

IT IS SO ORDERED.

| **Dated:   August 22, 2006** | /s/ Oliver W. Wanger |
|---|---|
| emm0d6 | UNITED STATES DISTRICT JUDGE |