D. Greg Durbin, # 81749
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant
HELADOS LA MEXICANA, INC., a California corporation

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

SEP 1 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| TROPICALE FOODS, INC. dba HELADOS MEXICO, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HELADOS LA MEXICANA, INC., a California corporation,<br><br>Defendant.<br><hr>AND COUNTERCLAIMS | Case No. 1:06-CV 00343 OWW LJO<br><br>NOTICE OF TENTATIVE DISPOSITION OF ACTION AND JOINT REQUEST FOR POSTPONEMENT OF MANDATORY SCHEDULING CONFERENCE AND RESPONSE DATE OF PLAINTIFF TO COUNTERCLAIMS |

NOTICE AND REQUEST FOR EXTENSION OF TIME

Counsel for Plaintiff TROPICALE FOODS, INC. dba HELADOS MEXICO, and Defendant HELADOS LA MEXICANA, INC., have been discussing a resolution of the matter and as a result thereof, a tentative resolution has been reached that includes a dismissal of this action with prejudice, subject to preparation, review, and approval by the parties of the settlement agreement and other documents. In accordance with Local Rule 16-160, notice is therefore given of such tentative disposition.

The parties, moreover, request this Court to approve a further extension of the time within

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

Notice of Tentative Disposition of Action and Request for Postponement of Mandatory Scheduling Conference
And Response Date of Plaintiff to Counterclaims        1:06-CV 00343 OWW LJO

1  which Plaintiff has to respond to the Counterclaims herein, that is currently set for September 25,
2  2006, by thirty (30) days, up to and including October 25, 2006, and to continue the mandatory
3  scheduling conference currently set at 8:45 a.m. on September 29, 2006 in Courtroom 3 of the
4  above-referenced action, for approximately thirty (30) days, in order to permit the parties to
5  complete the settlement.  The request of a thirty (30) day extension is made since the tentative
6  resolution was only reached on September 5 2006, and the documents must be prepared, reviewed
7  by the respective parties and finalized, and the parties wish to avoid the expense of preparing a
8  response to the Counterclaims and preparing for and participating in the scheduling conference,
9  and the burden on the court of conducting a scheduling conference, all of which will become
10 unnecessary upon completion of the settlement.

Dated: September _7_, 2006                                         KLEIN & WILSON

                                                                   By:____/s/ Mark B. Wilson_____
                                                                        Mark B. Wilson
                                                                        Attorneys for Plaintiff
                                                                        TROPICALE FOODS, INC.
                                                                        dba HELADOS MEXICO

Dated: September _7_, 2006                                         McCORMICK, BARSTOW, SHEPPARD,
                                                                   WAYTE & CARRUTH LLP

                                                                   By:_____/s/ D. Greg Durbin_____
                                                                        D. Greg Durbin
                                                                        Attorneys for Defendant
                                                                        HELADOS LA MEXICANA, INC., a
                                                                        California corporation

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

Notice of Tentative Disposition of Action and Request for Postponement of Mandatory Scheduling Conference
And Response Date of Plaintiff to Counterclaims      1:06-CV 00343 OWW LJO

ORDER

Upon application of the parties good cause appearing, the court hereby Orders that:

1. The time within which Plaintiff is required to respond to the Counterclaims herein is extended up to and including October 25, 2006; and

2. The mandatory scheduling conference in this matter currently set at 8:45 a.m. on September 29, 2006 in Courtroom 3 of the above-captioned court, is continued to 8:45 on 11/17, 2006, in Courtroom 3.

Dated: September 13, 2006

Oliver W. Wanger
United States District Judge

1007376.v1

3

Notice of Tentative Disposition of Action and Request for Postponement of Mandatory Scheduling Conference
And Response Date of Plaintiff to Counterclaims    1:06-CV 00343 OWW LJO