**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

```
TROPICALE FOODS, INC., etc.,    )
                                )
            Plaintiff,          )       1:06-cv-0343 OWW LJO
                                )
    v.                          )
                                )
HELADOS LA MEXICANA, INC.,      )       ORDER DISMISSING ACTION
                                )       PURSUANT TO STIPULATION
                                )
            Defendant           )
_____)
```

**Pursuant to the stipulation submitted by the parties, this action is ordered dismissed with prejudice.** IT IS SO ORDERED.

**Dated:   November 14, 2006**           /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE

1